# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| A. DOE, E. DOE, K. DOE, M. DOE, S. DOE, and Y. DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>KURT LUDWIGSEN, *et al.*,<br><br>Defendants. | 2:18-cv-00564-JCM-VCF<br>**ORDER** |

Before the Court is the Motion to Decide Unopposed Motion to Compel on Shortened Time (ECF No. 7).

On March 28, 2018, Plaintiffs filed a Motion to Compel Subpoena Compliance (ECF No. 1) seeking a court order to compel the videotaped deposition of Brittany Sturtevant on April 30, 2018. No opposition has been filed to the Motion to Compel (ECF No. 1). On April 25, 2018, Plaintiffs filed a Motion to Decide Unopposed Motion to Compel on Shortened Time. (ECF No. 7). Plaintiffs seek that Ms. Sturtevant be ordered to comply with Subpoena and attend her deposition on May 18, 2018 and respond to the production requests contained in the Subpoena and any supplements to her responses by May 11, 2018.

Accordingly,

IT IS HEREBY ORDERED that Plaintiffs serve Ms. Sturtevant with a copy of all papers filed in this case, including this Order, by May 9, 2018.

1    IT IS FURTHER ORDERED that should Ms. Sturtevant not comply with the Subpoena and not
2 attend her deposition on May 18, 2018, she must file with the court by May 25, 2018, to show cause why
3 she did not comply.

5        DATED this 4th day of May, 2018.

                                                            _____
6                                                           CAM FERENBACH
                                                            UNITED STATES MAGISTRATE JUDGE