| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **DISTRICT OF NEVADA** | |
| \*\*\* | |

A. DOE, E. DOE, K. DOE, M. DOE, S. DOE, and Y. DOE,

        Plaintiffs,

vs.

KURT LUDWIGSEN, *et al.*,

        Defendants.

2:18-cv-00564-JCM-VCF

**ORDER**

        Before the court is A. Doe, E. Doe, K. Doe, M. Doe, S. Doe, and Y. Doe v. Kurt Ludwigsen, case number 2:18-cv-00564-JCM-VCF.

        Ms. Sturtevant was supposed to file a response to Court Order (ECF NO. 8) by May 25, 2018. No response has been filed. It appears that no further court action is requested.

        Accordingly,

        The Clerk of Court is directed to administratively close this case.

        DATED this 2nd day of January, 2020.

                                                                         CAM FERENBACH
                                                                UNITED STATES MAGISTRATE JUDGE